**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JAMIE MARIE OSBORNE | Case No.:13-10039 TPA |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/11/2013  and confirmed on 04/18/2013 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,480.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,480.40 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,650.00 | |
|    Trustee Fee | 1,226.01 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,876.01 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF AMERICA NA** | 0.00 | 26,455.04 | 0.00 | 26,455.04 |
|     Acct: XXXXXXXXX2/13 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0865 | | | | |
|   BANK OF AMERICA NA** | 6,622.49 | 3,056.35 | 0.00 | 3,056.35 |
|     Acct: XXXXXXXXXX1/13 | | | | |
|   CAR FACTORY | 2,000.00 | 1,093.00 | 0.00 | 1,093.00 |
|     Acct: XXXXXXXXXCORT | | | | |
| | | | | 30,604.39 |
| Priority | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMIE MARIE OSBORNE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ESTATE OF ROBERT E MCBRIDE | 2,650.00 | 2,650.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*N O N E\*\*\*

| 13-10039 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 672.18 | 0.00 | 0.00 | 0.00 |
| Acct: 9005 | | | | |
| FNB CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX2968 | | | | |
| MONARCH RECOVERY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6884 | | | | |
| PREMIER BANKCARD/CHARTER | 473.93 | 0.00 | 0.00 | 0.00 |
| Acct: 6049 | | | | |
| PREMIER BANKCARD/CHARTER | 428.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6839 | | | | |
| PA STATE EMPLOYEES CU | 7,088.53 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4L10 | | | | |
| AMERICAN INFOSOURCE LP AGNT-DIRECT | 700.96 | 0.00 | 0.00 | 0.00 |
| Acct: 3282 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                              30,604.39

TOTAL CLAIMED
PRIORITY              0.00
SECURED           8,622.49
UNSECURED         9.363.83

Date: 08/09/2016                                           /s/ Ronda J. Winnecour
                                                           RONDA J WINNECOUR PA ID #30399
                                                           CHAPTER 13 TRUSTEE WD PA
                                                           600 GRANT STREET
                                                           SUITE 3250 US STEEL TWR
                                                           PITTSBURGH, PA  15219
                                                           (412) 471-5566
                                                           cmecf@chapter13trusteewdpa.com